# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:04-cv-03021-JMR-FLN

04 cv 12283 PBS

Lerch v. Pfizer Inc et al
Assigned to: Chief Judge James M Rosenbaum
Referred to: Magistrate Judge Franklin L Noel
Demand: $75000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 06/22/04
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**John Lerch,** *individually, and on behalf of all other similarly situated*

represented by **Charles S Zimmerman**
Zimmerman Reed
651 Nicollet Mall Ste 501
Mpls, MN 55402-4123
(612) 341-0400
Fax : 6123410844
Email: csz@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Randall Hopper**
Zimmerman Reed
651 Nicollet Mall Ste 501
Mpls, MN 55402-4123
(612) 341-0400
Fax : 6123410844
Email: rrh@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S Goldser**
Zimmerman Reed
651 Nicollet Mall Ste 501
Mpls, MN 55402-4123
(612) 341-0400
Fax : 6123410844
Email: rsg@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

| | | |
|---|---|---|
| **Pfizer Inc** | represented by | **Aaron D Van Oort**<br>Faegre & Benson - Mpls<br>90 S 7th St Ste 2200<br>Mpls, MN 55402-3901<br>612-766-7000<br>Email: avanoort@faegre.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter John Goss**<br>Faegre & Benson<br>2200 Wells Fargo Center<br>90 S 7th St<br>Mpls, MN 55402-3901<br>612-766-7000<br>Fax : 6127661600<br>Email: pgoss@faegre.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph Michael Price**<br>Faegre & Benson - Mpls<br>90 S 7th St Ste 2200<br>Mpls, MN 55402-3901<br>612-766-7000<br>Fax : 6127661600<br>Email: jprice@faegre.com<br>*ATTORNEY TO BE NOTICED* |

**Warner-Lambert, Inc.**

**Parke-Davis,** *a Division of Warner Lambert, Inc.*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/22/2004 | 1 | COMPLAINT with jury demand against Parke-Davis, Pfizer Inc, Warner-Lambert, Inc. (Filing fee $ 150.) , filed by John Lerch. Assigned to Chief Judge James M. Rosenbaum per master list and referred to Magistrate Judge Franklin L. Noel. Reciept No. 431957. (Attachments: # 1 Part 2 of Complaint# 2 Civil Cover Sheet)(JMM) (Entered: 06/24/2004) |
| 06/22/2004 | | Summons Issued as to Parke-Davis, Pfizer Inc, Warner-Lambert, Inc. (JMM) (Entered: 06/24/2004) |
| 07/13/2004 | 2 | (DOCUMENT FILED IN ERROR-WRONG EVENT USED) AFFIDAVIT of Service by John Lerch re 1 Complaint, (Goldser, Ronald) Modified on 7/14/2004 (JMM). (Entered: 07/13/2004) |

| 07/14/2004 | 3 | SUMMONS Returned Executed by John Lerch. John Lerch served on 7/1/2004, answer due 7/21/2004. (Goldser, Ronald) (Entered: 07/14/2004) |
| --- | --- | --- |
| 07/20/2004 | 4 | Joint MOTION to Stay *Proceedings Pending Transfer to MDL* by Pfizer Inc. (Attachments: # 1 Text of Proposed Order Order Staying Proceedings Pending Transfer to MDL# 2 Certificate of Service Cert E-Filing Joint Motion Stay)(Price, Joseph) Motion document was not attached, re-filed motion, see doc. #6. Modified on 7/21/2004 (JMM). . (Entered: 07/20/2004) |
| 07/21/2004 | 5 | DOCUMENT FILED IN ERROR, WRONG EVENT USED. Substituted MOTION to Amend/Correct 4 Joint MOTION to Stay *Proceedings Pending Transfer to MDL* by Pfizer Inc. (Price, Joseph) Modified on 7/21/2004 (JMM). (Entered: 07/21/2004) |
| 07/21/2004 | 6 | Joint MOTION to Stay *Proceedings Pending Transfer to MDL* by Pfizer Inc. (Price, Joseph) (Entered: 07/21/2004) |
| 07/27/2004 | 7 | ORDER STAYING CASE. Signed by Judge James M Rosenbaum on 7/22/04. (lgl) (Entered: 07/27/2004) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 10/27/2004 13:20:38 | | |
| PACER Login: | us2510 | Client Code: |
| Description: | Docket Report | Case Number: | 0:04-cv-03021-JMR-FLN |
| Billable Pages: | 1 | Cost: | 0.07 |