# UNITED STATES DISTRICT COURT
## District of Minnesota

**RESPOND TO:**

☐ U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101    Phone (651) 848-1100

☒ U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN 55415    Phone (612) 664-5000

☐ U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802    Phone (218) 529-3500

| | |
|---|---|
| **DATE:** November 12, 2004 | **CIVIL FILE NUMBER:** 04-cv-3021 JMR/FLN |
| **CASE TITLE:** John Lerch v. Pfizer, Inc. et al | |

☐ The above entitled action was: ☐ removed from county court, ☐ transferred from another district, and filed in ☐ Minneapolis ☐ St. Paul ☐ Duluth, on _____, and assigned to Judge _____ and to Magistrate Judge _____
*Please direct future filings to the office indicated at the top of this form.*

☐ The above entitled action was filed in this court on _____, and assigned to Judge _____ and referred to Magistrate Judge _____ The file will be maintained at the Clerk's office in the District of Minnesota in _____ *Please note for future reference.*
cc to:

☐ Discovery documents are returned pursuant to Federal Rule of Civil Procedure 5(d).

☐ A certified copy of the Order of Remand is enclosed.

☒ The above entitled action is being transferred to your court pursuant to Conditional __Transfer Order__ filed on _____ A certified copy of the order and docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court.

☐ A Bill of Costs is to be submitted on Form AO133. The form, and a guide entitled "Taxation of Costs in a Civil Case in the United States District Court for the District of Minnesota" for use by attorneys and legal staff are available on our website: www.mnd.uscourts.gov.

☐ Your original documents are returned as <u>copies</u> of state court documents were submitted upon removal of the action to federal court.

☐ Your in forma pauperis application was approved. Please complete the enclosed Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the clerk's office.

☐ OTHER:

Deputy Clerk: s/ Lisa Duda

Lisa Duda

K:\XFR\forms\civil\Cklist.frm

Modified 10/30/03