CM/ECF - District of Minnesota - Live - Docket Report    https://ecf.mnd.uscourts.gov/cgi-bin/DktRpt.pl?451843154...
Case 1:04-cv-12283-PBS    Document 9-2    Filed 11/23/2004    Page 1 of 4

CLOSED, STAYED

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:04-cv-03021-JMR-FLN

Lerch v. Pfizer Inc et al
Assigned to: Chief Judge James M Rosenbaum
Referred to: Magistrate Judge Franklin L Noel
Demand: $75000
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 06/22/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

## Plaintiff

**John Lerch**
*individually, and on behalf of all other similarly situated*

represented by **Charles S Zimmerman**
Zimmerman Reed
651 Nicollet Mall Ste 501
Mpls, MN 55402-4123
(612) 341-0400
Fax: 6123410844
Email: csz@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Randall Hopper**
Zimmerman Reed
651 Nicollet Mall Ste 501
Mpls, MN 55402-4123
(612) 341-0400
Fax: 6123410844
Email: rrh@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S Goldser**
Zimmerman Reed
651 Nicollet Mall Ste 501
Mpls, MN 55402-4123
(612) 341-0400
Fax: 6123410844

Email: rsg@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc**   represented by   **Aaron D Van Oort**
Faegre & Benson - Mpls
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-7000
Email: avanoort@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter John Goss**
Faegre & Benson
2200 Wells Fargo Center
90 S 7th St
Mpls, MN 55402-3901
612-766-7000
Fax: 6127661600
Email: pgoss@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Price**
Faegre & Benson - Mpls
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-7000
Fax: 6127661600
Email: jprice@faegre.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert, Inc.**

**Defendant**

**Parke-Davis**
*a Division of Warner Lambert, Inc.*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2004 | 1 | COMPLAINT with jury demand against Parke-Davis, Pfizer Inc, Warner-Lambert, Inc. (Filing fee $ 150.) , filed by John Lerch. Assigned to Chief Judge James M. Rosenbaum per master list and referred to Magistrate Judge Franklin L. Noel. Reciept No. 431957. (Attachments: # 1 Part 2 of Complaint# 2 Civil Cover Sheet)(JMM) (Entered: 06/24/2004) |
| 06/22/2004 |  | Summons Issued as to Parke-Davis, Pfizer Inc, Warner-Lambert, Inc. (JMM) (Entered: 06/24/2004) |
| 07/13/2004 | 2 | (DOCUMENT FILED IN ERROR-WRONG EVENT USED) AFFIDAVIT of Service by John Lerch re 1 Complaint, (Goldser, Ronald) Modified on 7/14/2004 (JMM). (Entered: 07/13/2004) |
| 07/14/2004 | 3 | SUMMONS Returned Executed by John Lerch. John Lerch served on 7/1/2004, answer due 7/21/2004. (Goldser, Ronald) (Entered: 07/14/2004) |
| 07/20/2004 | 4 | Joint MOTION to Stay *Proceedings Pending Transfer to MDL* by Pfizer Inc. (Attachments: # 1 Text of Proposed Order Order Staying Proceedings Pending Transfer to MDL# 2 Certificate of Service Cert E-Filing Joint Motion Stay)(Price, Joseph) Motion document was not attached, re-filed motion, see doc. #6. Modified on 7/21/2004 (JMM). . (Entered: 07/20/2004) |
| 07/21/2004 | 5 | DOCUMENT FILED IN ERROR, WRONG EVENT USED. Substituted MOTION to Amend/Correct 4 Joint MOTION to Stay *Proceedings Pending Transfer to MDL* by Pfizer Inc. (Price, Joseph) Modified on 7/21/2004 (JMM). (Entered: 07/21/2004) |
| 07/21/2004 | 6 | Joint MOTION to Stay *Proceedings Pending Transfer to MDL* by Pfizer Inc. (Price, Joseph) (Entered: 07/21/2004) |

| 07/27/2004 | 7 | ORDER STAYING CASE. Signed by Judge James M Rosenbaum on 7/22/04. (lgl) (Entered: 07/27/2004) |
|---|---|---|
| 11/05/2004 | 8 | CERTIFIED COPY OF TRANSFER ORDER, transferring case to the District of Massachusetts per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Patti B. Saris. (LJD) (Entered: 11/12/2004) |
| 11/12/2004 | 9 | Letter to the District of Massachusetts re transfer case. Sent original file and a certified copy of the docket entries to the District of Massachusetts: Office of the Clerk, 1 Courthouse Way, Boston, Massachusetts 02210. (LJD) (Entered: 11/12/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/02/2004 09:18:05 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:04-cv-03021-JMR-FLN |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |